URBAN FARMS, INC. v.
MAYOR & COUNCIL OF THE BORO. OF NORTH HALEDON.

January 31, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT MC CREERY.

January 31, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT J. RODGERS.

January 31, 1978. Petition for certification denied.

ZOBEIDA PEREZ v. BURRY'S BISCUIT.

January 31, 1978. Petition for certification denied.

IN THE MATTER OF THE PETITION OF ROCKLAND ELEC-
TRIC COMPANY FOR DETERMINATIONS PURSUANT
TO THE PROVISION OF N. J. S. A. 40:55–50, etc.

January 31, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. TONY CHERRY.

January 31, 1978. Petition for certification denied. (See
154 *N. J. Super.* 157)